UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Cr. No. |
| v. : | |
| : | Violation: |
| : | |
| CHARLES ANTHONY WEHAUSEN, : | 26 U.S.C. Section 7201 |
| : | (Attempt to Evade or Defeat Tax) |
| : | |
| Defendant : | |

# I N F O R M A T I O N

The United States Attorney informs the Court:

INTRODUCTORY ALLEGATIONS

1. Defendant CHARLES ANTHONY WEHAUSEN (hereinafter sometimes referred to as "WEHAUSEN") was employed by PM Services, a building maintenance company and General Services Administration contractor, as a chief engineer and project manager at the Federal Cohen and Switzer Buildings. As part of his normal job duties, the defendant routinely negotiated on behalf of PM Services to hire subcontractors to perform mechanical work to PM Services.

**COUNT ONE**

From in or about January of 2001 through on of about July 22, 2003, in the District of Columbia and elsewhere, defendant CHARLES ANTHONY WEHAUSEN, did willfully attempt to evade and defeat the payment of a large part of the income tax due and owing by him to the United States of America for the calendar years 2001, 2002 and 2003, in the amount of approximately $55,260, by various affirmative acts constituting the willful attempt, including: 1)

soliciting and receiving at PM Services offices in the District of Columbia payments from subcontractors that were concealed from the owners of PM Services; 2) establishing a bank account in the name of TNT Heating and Air Conditioning that the defendant used for the deposit of payments from subcontractors; 3) instructing subcontractors to pay him the payments via cash or checks made payable to TNT Heating and Air Conditioning; and 4) concealing and failing to include any payments received from the subcontractors as income on his Federal income tax returns.

**(Attempt to Evade or Defeat Tax in violation of Title 26, United States Code, Section 7201.)**

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____/s/_____
JOHN D. GRIFFITH
Assistant United States Attorney
United States Attorneys Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-2453
Fax: (202) 307-2304