AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**

United States _____ DISTRICT OF _____ Columbia _____

FEB 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER:    08-23

I, _____ Charles Aldehoesen _____, the above named defendant, who is accused of

TAX EVASION

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on _____ 2/11/08 _____ prosecution by indictment and consent that the
                        *Date*

proceeding may be by information rather than by indictment.


_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
        *Judicial Officer*