U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

FEB 1 1 2008

~~NANCY MAYER WHITTINGTON, CLERK~~
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :

              V.                           :      Case No. 08-023
        DEFENDANT.
                                         :
   CHARLES ANTHONY WEHAUSEN
                                         :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __11th__ day of __FEBRUARY 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __Feb. 19, 2008__ by __SA JAMES GRECZEK__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __IRS-CI  WASHINGTON FIELD OFFICE__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __SA JAMES GRECZEK__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

                                                      */s/ Colleen Kollar-Kotelly*
                              **Judge** (~~U.S. Magistrate~~) COLEEN KOLLAR-KOTELLY

DOJ USA-16-80

DEFENSE COUNSEL